UNITED STATES of America, Plaintiff–Appellee,

v.

Salvador HERNANDEZ–ESTRADA, Defendant–Appellant.

No. 11–50417.

United States Court of Appeals, Ninth Circuit.

Sept. 9, 2013.

Victor Pablo White, Adams and Reese LLP, Bruce R. Castetter, U.S. Attorney's Office, San Diego, CA, for Plaintiff–Appellee.

Michele Akemi McKenzie, Esquire, Federal Defenders of San Diego, Inc., San Diego, CA, for Defendant–Appellant.

D.C. No. 3:10–cr–00558–BTM–1.

## ORDER

KOZINSKI, Chief Judge:

Upon the vote of a majority of nonrecused active judges, it is ordered that this case be reheard en banc pursuant to Federal Rule of Appellate Procedure 35(a) and Circuit Rule 35–3. The three-judge panel opinion shall not be cited as precedent by or to any court of the Ninth Circuit.